*If this opinion indicates that it is "FOR PUBLICATION," it is subject to revision until final publication in the Michigan Appeals Reports.*

# STATE OF MICHIGAN

# COURT OF APPEALS

PEOPLE OF THE STATE OF MICHIGAN,

        Plaintiff-Appellee,

v

LEON ORLANDO ECHOLS,

        Defendant-Appellant.

FOR PUBLICATION
September 24, 2025
9:23 AM

No. 370709
Wayne Circuit Court
LC No. 89-007735-01-FC

Before: GADOLA, C.J., and MARIANI and TREBILCOCK, JJ.

GADOLA, C.J., (*concurring*).

I concur in the result the majority opinion reaches, as it appears to be compelled by the precedential decisions of *People v Stovall*, 510 Mich 301; 987 NW2d 85 (2022), *People v Parks*, 510 Mich 225; 987 NW2d 161 (2022), *People v Boykin*, 510 Mich 171; 987 NW2d 58 (2022), and *People v Eads*, ___ Mich App ___; ___ NW3d ___ (2025) (Docket No. 357332).

/s/ Michael F. Gadola

-1-